AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

United States District Court Southern DISTRICT OF New York

GERALD HENNING

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

VERIZON, INC.,

08 CIV. 1882

TO: (Name and address of defendant)

VERIZON, INC.,
1095 Avenue of the Americas
New York, N.Y. 10036

**JUDGE KARAS**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert David Goodstein, Esq
56 Harrison Street, Suite 401
New Rochelle, NY 10801

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

2/26/2008
DATE

DEPUTY CLERK