440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE: MARCH 04-2008 |
| NAME OF SERVER (PRINT): ERNESTO FOSTER | TITLE: PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 140 WEST ST. MANHATTAN. N.Y. N.Y 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: JANET DONNELLY RECEPTIONIST - WHITE - FEMALE - BLACK-HAIR - GLASSES - 140 P. S.S.H.

☐ Returned unexecuted: _JUDGE KARAS_ (stamp)

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 30.00 | 30.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH 04-2008
Date

Signature of Server

150 BROADWAY. N.Y. N.Y 10038
Address of Server