*Karas, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GERALD HENNING,

                Plaintiff,

-against-

VERIZON, INC.

                Defendant.

------------------------------------------------------------x

08 Civ. 1882 (KMK) (LMS) ~~(LSM)~~

STIPULATION AND PROPOSED
ORDER TO EXTEND DEFENDANT'S
TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED that the time for Defendant Verizon Communications Inc., erroneously identified in complaint as Verizon, Inc., to answer, move or otherwise respond to the Complaint is extended up to and including April 23, 2008.

Dated: March 21, 2008

LAW OFFICES OF
ROBERT DAVID GOODSTEIN

_____
Robert David Goodstein (RDG5443)
56 Harrison Street, Suite 401
New Rochelle, New York 10801
(914) 632-8382
robertdavidgoodstein@verizon.net
Attorneys for Plaintiff

WINSTON & STRAWN LLP

_____
Grissel Seijo (GS7150)
200 Park Avenue
New York, New York 10166
(212) 294-6700
gseijo@winston.com
Attorneys for Defendant

SO ORDERED:

_____
U.S.D.J.

DATED:

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC # _____ |
| DATE FILED: _____ |