UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――x
:
GERALD HENNING,                               :
                                              :
                    Plaintiff,                :
                                              :    08 Civ. 1882 (KMK) (LMS)
    -against-                                 :
                                              :
VERIZON, INC.                                 :
                                              :
                    Defendant.                :
                                              :
―――――――――――――――――――――――x

## DEFENDANT'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Verizon New York Inc., erroneously sued in this action as Verizon, Inc., by its attorneys, Winston & Strawn LLP, hereby makes the following disclosure:

1.  Verizon New York Inc. is a wholly owned subsidiary of NYNEX Corporation (a Delaware corporation).

2.  NYNEX Corporation is a wholly owned subsidiary of Verizon Communications Inc. (a Delaware corporation).

3.  Verizon Communications Inc. is publicly traded on NASDAQ and there is no one person, parent corporation or publicly held corporation that owns more than 10% of its stock.

Dated: April 23, 2008
      New York, New York

                              WINSTON & STRAWN LLP

                              By: _____
                                  Grissel Seijo (GS 2650)
                              200 Park Avenue
                              New York, New York 10166
                              (212) 294-6700
                              gseijo@winston.com

                              Attorneys for Defendant

To:  Robert D. Goodstein, Esq. (RDG-5443)
     Law Offices of Robert David Goodstein, Esq.
     56 Harrison Street, Suite 401
     New Rochelle, New York 10801
     (914) 632-8382
     robertdavidgoodstein@verizon.net

     Attorneys for Plaintiff