Grissel Seijo (GS7150)
Winston & Strawn, LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
gseijo@winston.com

**SCANNED**

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

GERALD HENNING,

        Plaintiff,

-against-

VERIZON, INC.

        Defendant.

------------------------------------x

08 Civ. 1882 (KMK) (LMS)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Grissel Seijo, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Jeffrey S. Bosley |
| Firm Name: | Winston & Strawn LLP |
| Address: | 200 Park Avenue |
| City/State/Zip: | New York, NY 10166 |
| Phone Number: | (212) 294-6700 |
| Fax Number: | (212) 294-4799 |
| Email: | jbosley@winston.com |

Jeffrey S. Bosley is a member in good standing of the Bar of the State of California and the District of Columbia. There are no pending disciplinary proceedings against Jeffrey S.



Bosley in any State or Federal court.

Dated: April 24, 2008
      New York, New York

                                    Respectfully submitted,

                                    Grissel Seijo (GS7150)
                                    Winston & Strawn, LLP
                                    200 Park Avenue
                                    New York, New York 10166
                                    (212) 294-6700
                                    (212) 294-4700 (fax)
                                    gseijo@winston.com

                                    Attorneys for Defendant

Robert David Goodstein (RDG5443)
56 Harrison Street, Suite 401
New Rochelle, New York 10801
(914) 632-8382
robertdavidgoodstein@verizon.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

GERALD HENNING,

                Plaintiff,

  -against-

VERIZON, INC.

                Defendant.

---------------------------------------------------------x

08 Civ. 1882 (KMK) (LMS)

AFFIRMATION OF GRISSEL SEIJO IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

1.    I, Grissel Seijo, am an associate attorney at Winston & Strawn LLP, counsel for the Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Jeffrey S. Bosley as counsel pro hac vice to represent Defendant in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May 2007. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this court.

3.    I have known Jeffrey S. Bosley since October 2006.

4.    Mr. Bosley is a partner of Winston & Strawn LLP currently resident in the firm's New York office.

5.    I have found Mr. Bosley to be a skilled attorney. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I move the admission of Jeffrey S. Bosley, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Jeffrey S. Bosley, pro hac vice, which is attached hereto as Exhibit A.

8.    I hereby hereby affirm under penalty of perjury that the foregoing is true and correct.

    WHEREFORE it is respectfully requested that the motion to admit Jeffrey Bosley, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: April 24, 2008
      New York, New York

                                     Respectfully submitted,

                                     Grissel Seijo (GS7150)
                                     Winston & Strawn, LLP
                                     200 Park Avenue
                                     New York, New York 10166
                                     (212) 294-6700
                                     (212) 294-4700 (fax)
                                     gseijo@winston.com

                                     Attorneys for Defendant


Robert David Goodstein (RDG5443)
56 Harrison Street, Suite 401
New Rochelle, New York 10801
(914) 632-8382
robertdavidgoodstein@verizon.net

Attorneys for Plaintiff



# Supreme Court of California

**FREDERICK K. OHLRICH**
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### JEFFREY S. BOSLEY

I, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that JEFFREY S. BOSLEY was on the 14TH day of DECEMBER 1993 duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 10th day of APRIL, 2008.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _____
*Joseph Cornetta, Deputy Clerk*



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**JEFFREY S. BOSLEY**

was on the 4TH day of FEBRUARY, 2008 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 9, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I, Lane H. Lerner, staff attorney with Winston & Strawn LLP (attorneys for Defendant Verizon Communications Inc.), whose business address is 200 Park Avenue, New York, New York 10166, hereby certify under penalties of perjury that I am not a party to this action and that on April 24, 2008, the foregoing Motion to Admit Counsel *Pro Hac Vice*, was served by U.S. Mail upon Plaintiffs' attorneys, at the addresses below provided for that purpose:

Robert David Goodstein, Esq.
GOODSTEIN & WEST, ESQS.
56 Harrison Street, Suite 401
New Rochelle, NY 10801

Dated: New York, New York
April 24, 2008

_____
Lane H. Lerner