Karas, J.
gjc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

GERALD HENNING,

              Plaintiff,

-against-

VERIZON, INC.

              Defendant.

———————————————————————x

08 Civ. 1882 (KMK) (LMS)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Grissel Seijo, attorney for Verizon New York Inc., erroneously identified in complaint as Verizon, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jeffrey S. Bosley |
| Firm Name | Winston & Strawn LLP |
| Address: | 200 Park Avenue |
| City/State/Zip: | New York, NY 10166 |
| Phone Number: | (212) 294-6700 |
| Fax Number: | (212) 294-4799 |
| Email: | jbosley@winston.com |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

is admitted to practice pro hac vice as counsel for Verizon Communications Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

SO ORDERED:

Dated: April 29, 2008
White Plains, New York

Hon. Kenneth M. Karas, USDJ.